1  JENNIFER LIU (SBN 279370)
   E-mail: jliu@liulawpc.com
2  REBECCA PETERSON-FISHER (SBN 255359)
   E-mail: rpetersonfisher@liulawpc.com
3  **THE LIU LAW FIRM, P.C.**
   800 Menlo Avenue, Suite 102
4  Menlo Park, CA 94025
   Telephone: (650) 461-9000
5  Facsimile: (650) 460-6967

6  ALISON KOSINSKI (SBN 261676)
   E-Mail: alison@ktlawsf.com
7  EMILY THIAGARAJ (SBN 284634)
   E-Mail: emily@ktlawsf.com
8  **KOSINSKI & THIAGARAJ, LLP**
   201 Filbert Street, Suite 201
9  San Francisco, CA 94133
   Telephone: (415) 230-2860
10 Facsimile: (415) 723-7099

11 *Attorneys for Plaintiffs and the Putative Class and Collective*

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  KAYLA GORDON and JAMES MOLLO, | **STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE** |
| 18  Plaintiffs, | |
| 19  v. | Compl. Filed: Oct. 31, 2017 |
| | The Honorable William Alsup |
| 20  BRAAVOS, INC., d/b/a BANNERMAN SECURITY; JONATHAN CHIN; and DOES | Date:   November 1, 2018 |
| 21  1 through 10, Inclusive, | Time:   8:00 a.m. |
| | Place:  Courtroom 12 |
| 22  Defendants. |         450 Golden Gate Avenue |
| |         San Francisco, California |
| 23 | |
| 24 | |
| 25 | |

26
27
28

STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE- CASE NO. 17CV000119

TO THE COURT, ALL PARTIES, AND COUNSEL:

WHEREAS, Defendants filed a Motion to Stay the Case, or, in the Alternative, Stay the California Claims, on July 23, 2018, which was scheduled to be heard on September 6, 2018;

WHEREAS, Plaintiffs filed a Motion to File First Amended Complaint seeking to add Matthew Voska and Antoine de Chevigne as individual defendants, which was also scheduled to be heard on September 6, 2018;

WHEREAS, due to their stipulation to the filing of a Second Amended Complaint in *Gary Houston v. Braavos, Inc.*, San Francisco Superior Court No. CGC-17-562019 ("*Houston*"), that would render the parties and claims in *Houston* co-extensive with the parties and claims in this matter, the parties filed a Stipulation to Continue September 6, 2018 Hearings on Defendants' Motion to Stay the Case, or, in the Alternative, to Stay the California Claims and Plaintiffs' Motion to File First Amended Complaint;

WHEREAS, the Court granted the parties' stipulation on September 5, 2018 and continued the hearings to November 1, 2018 to enable the Honorable Mary Wiss of the San Francisco Superior Court to consider the parties' Stipulation and [Proposed] Order for Leave to File Second Amended Complaint in *Houston*;

WHEREAS, Judge Wiss approved the parties' stipulation and ordered the plaintiffs in that action to file their Second Amended Complaint by October 22, 2018;

WHEREAS, the *Houston* plaintiffs filed their Second Amended Complaint on October 19, 2018;

WHEREAS, Plaintiffs Gordon and Mollo are now plaintiffs in *Houston*, and Defendant Chin (and proposed defendants Matthew Voska and Antoine de Chevigne) are now named defendants in *Houston*, all claims asserted in this action are now asserted in *Houston*, and Plaintiffs' counsel in this matter are now co-counsel with Plaintiff Houston's counsel,

//

1     IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants through their
2 counsel that:
3     1. Plaintiffs voluntarily dismiss this case.
4     2. The dismissal shall be without prejudice
5     3. The parties shall bear their own costs.

7     IT IS SO STIPULATED.

9 DATED: October 24, 2018      **THE LIU LAW FIRM, P.C.**

By: */s/ Rebecca Peterson-Fisher*
Rebecca Peterson-Fisher
Jennifer L. Liu
**THE LIU LAW FIRM, P.C.**
800 Menlo Avenue, Suite 102
Menlo Park, CA 94025
Telephone: (650) 461-9000
Facsimile: (650) 460-6967

Emily Thiagaraj
Alison Kosinski
**KOSINSKI & THIAGARAJ, LLP**
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 230-2860
Facsimile: (415) 723-7099

*Attorneys for Plaintiffs and the Putative Class and Collective*

DATED: October 24, 2018      LAW OFFICE OF JEROME SCHREIBSTEIN

By: /s/ Jerome Schreibstein
Jerome Schreibstein (SBN 154051)

Attorneys for Defendant BRAAVOS, INC

1  The Court having considered the stipulation of the parties, and good cause appearing
2  therefor, orders as follows:

3
4      1. The case is dismissed without prejudice.
5      2. The parties shall bear their own costs.

6  IT IS SO ORDERED.

7
8  Dated: _October 25, 2018._  _____
9                                                         Hon. William H. Alsup
                                                       United States District Judge
10                                                        Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28